1  DENNIS A. CAMMARANO/BAR NO. 123662
   CAMMARANO & SIRNA, LLP                           JS-6
2  555 East Ocean Boulevard, Suite 501
   Long Beach, California  90802
3  Telephone:  (562) 495-9501
   Facsimile: (562) 495-3674
4
   Attorneys for Plaintiff,
5  ST. PAUL FIRE AND MARINE
   INSURANCE COMPANY
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | ST. PAUL FIRE AND MARINE         | ) | IN ADMIRALTY |
   | INSURANCE COMPANY,               | ) | |
12 |                                  | ) | CASE NO.:  CV 07-04397 SJO |
   |               Plaintiff,         | ) | (RZx) |
13 |                                  | ) | |
   | vs.                              | ) | **STIPULATION FOR** |
14 |                                  | ) | **DISMISSAL; ORDER** |
   | M/V THOR CONFIDENCE, in rem, her | ) | |
15 | engines, tackle and machinery, *etc.*; | ) | |
   | THOR CONFIDENCE SHIPPING CO.,    | ) | |
16 | LTD.; SM CHINA CO., LTD.;        | ) | |
   | DONGNAMA SHIPPING CO., LTD.;     | ) | |
17 | and DOES 1 through 10, inclusive,| ) | |
   |                                  | ) | |
18 |               Defendants.        | ) | |
   | _____ | ) | |
19

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*Stipulation for Dismissal; Order [Proposed]*
*Exhibits*

1  Plaintiff, ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("ST.
2  PAUL") and Defendants THOR CONFIDENCE SHIPPING CO., LTD., and M/V
3  THOR CONFIDENCE, via their respective counsel of record, hereby stipulate to
4  the dismissal of the entire action, with prejudice, with each party to bear its own
5  costs and attorneys fees, the parties having reached an amicable resolution of the
6  case.

8  Dated: July 2, 2008                    CAMMARANO & SIRNA, LLP

10                                         By:_____
                                              Dennis A. Cammarano
11                                            Attorneys for Plaintiff,
                                              ST. PAUL FIRE AND
12                                            MARINE INSURANCE
                                              COMPANY
13                                            2711stip-dismiss

14 Dated: July 2, 2008                     KEESAL, YOUNG & LOGAN

16                                         By:_____
                                              William H. Collier, Jr.
17                                            Stefan Perovich
                                              Attorneys for Defendants
18                                            THOR CONFIDENCE
                                              SHIPPING CO., LTD., and
19                                            M/V THOR CONFIDENCE

21                                **ORDER**

22      Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the
23  captioned matter is dismissed, in its entirety, with prejudice, and with each party to
24  bear its own costs and attorneys fees
25       7/2/08                          /S/ S. James Otero
26  Dated: _____           _____
                                      UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California, am over the age of 18, and not a party to this action.  My business address is 555 East Ocean Boulevard, Suite 501, Long Beach, California 90802. On July 2, 2008, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL; ORDER [PROPOSED]** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

William H. Collier, Jr., Esq.
Stefan Perovich, Esq.
KEESAL, YOUNG & LOGAN
400 Oceangate
P.O. Box 1730
Long Beach, California  90801

☐    **BY PERSONAL DELIVERY**.  I delivered such envelope by hand to the offices of the  addressee.

☐    **BY MAIL**.  I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Long Beach, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for mailing.  Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY FACSIMILE TRANSMISSION**.  I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein.  The facsimile machine used complies with California Rule of Court 2003 and no error was reported by the machine.  Pursuant to California Rules of Court 2006, et al., I caused the machine to print a transmission record of the transmission and the transmission record was properly issued by the transmitting facsimile machine.

☐    **BY FEDERAL EXPRESS**.  I caused such envelope to be deposited at the Federal Express box at Long Beach, California for guaranteed one day delivery with delivery charges prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for delivery by Federal Express delivery service.  Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Long Beach, California in the ordinary course of business for delivery to the addressee(s)

Executed on July 2, 2008, at Long Beach, California

☐    **(State)**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐    **(Federal)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                                       _____
                                                                                         Lisa G. Bell